IN THE MATTER OF THOMAS E. PRIMAVERA,
AN ATTORNEY AT LAW.

November 18, 1997.

### ORDER

**THOMAS E. PRIMAVERA** of **SHREWSBURY,** who was admitted to the bar of this State in 1975, having pleaded guilty to a Federal Information charging him with misprision of felony, in violation of 18 *U.S.C.A.* § 4, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **THOMAS E. PRIMAVERA** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **THOMAS E. PRIMAVERA** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **THOMAS E. PRIMAVERA** comply with *Rule* 1:20–20 dealing with suspended attorneys.